## The City of Detroit v. William Blackeby, et al.

*Practice in the Circuit Court: Settling bills of exceptions.* A bill of exceptions will not be stricken out for delay in settling it, when the party presenting it is not responsible for the delay.

*Heard and decided April 19.*

THE PEOPLE *v.* THE JUDGE OF WAYNE CIRCUIT.

*Geo. H. Prentis,* moves to strike out the bill of exceptions in this cause, on the ground that it was not settled within the time prescribed by the rules and practice of the Court.

*J. P. Whittemore* read an affidavit in opposition to the motion, showing that the bill of exceptions was presented to the Circuit Judge during the trial term; and that the time for settling it was extended from time to time, in order to afford an opportunity for the defendant in error to prepare amendments.

PER CURIAM.

Where parties have prepared their bill of exceptions, and presented it in season to the Judge, they are not responsible for subsequent delays for which they are in no wise at fault; and the bill will not be stricken out under such circumstances. In the present case plaintiffs in error were prompt, and the delays were on the other side. The motion to strike out the bill of exceptions is denied with costs.